IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JONATHAN DAVIS, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| V. | § | No. 3:17-CV-278-M-BN |
| CEDAR HILL POLICE DEPARTMENT, ET AL., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff may therefore file an amended complaint within 21 days of this order. His failure to do so will result in the dismissal of this action with prejudice.

SO ORDERED this 4th day of April, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE